No. 675. DETROIT EDISON Co. *v.* COMMISSIONER OF INTERNAL REVENUE. March 1, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth

Circuit granted. The CHIEF JUSTICE took no part in the consideration or decision of this application. *Messrs. Edward H. Green, Norris Darrell,* and *Oscar C. Hull* for petitioner. *Solicitor General Fahy* for respondent.